

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00309-CV

BENJAMEN ANDREW BUCK, APPELLANT

V.

TAMI LYNN BUCK, APPELLEE

On Appeal from the 69th District Court
Hartley County, Texas
Trial Court Nos. 4882H & 4883H, Honorable Ron Enns, Presiding

September 18, 2015

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Benjamen Andrew Buck, filed a notice of appeal but did not pay the filing fee. *See* TEX. R. APP. P. 5. By letter of August 12, 2015, we directed Mr. Buck to pay the filing fee within ten days. The letter further notified Mr. Buck that his appeal would be subject to dismissal without further notice should he fail to comply. *See* TEX. R. APP. P. 42.3(c).

Mr. Buck did not pay the filing fee. Instead, he responded with a motion to dismiss the appeal, pursuant to Rule of Appellate Procedure 42.1. Accordingly, the

appeal is dismissed because of Mr. Buck's failure to comply with a requirement of the Rules of Appellate Procedure, and by virtue of his voluntary dismissal. TEX. R. APP. P. 42.1(a)(1), 42.3(c).


Per Curiam